UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

Case No. 09-32643-RBR

Chapter 7

IN RE:                                      :
                                            :
Janet Lynn Oxley                            :
                                            :
           Debtor.                          :
_____         :

**CERTIFICATE OF SERVICE OF ORDER GRANTING CARRINGTON MORTGAGE SERVICES, LLC, SERVICER AND ATTORNEY-IN-FACT FOR, DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR, CARRINGTON MORTGAGE LOAN TRUST, SERIES 2005-NC5 ASSET-BACKED PASS-THROUGH CERTIFICATES FOR RELIEF FROM STAY AND ABANDONMENT AND NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**

I HEREBY CERTIFY that a true copy of the Order Granting Carrington Mortgage Services, LLC Servicer and Attorney-In-Fact For, Deutsche Bank National Trust Company, As Trustee For, Carrington Mortgage Loan Trust, Series 2005-NC5 Asset-Backed Pass-Through Certificates For Relief From Stay And Abandonment And Notice Of Opportunity To Object And For Hearing was furnished on January 19, 2010 by U.S. Mail or by e-mail to persons listed on the Court's electronic mailing list.

I HEREBY FURTHER CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A).

Dated: January 19, 2010

/s/ Lawrence M. Weisberg
Lawrence M. Weisberg, Esquire
Florida Bar No. 962198
Counsel for Carrington Mortgage
Services, LLC
Greenfield & Coomber, P.A.
7000 W. Palmetto Park Road, Suite 402
Boca Raton, Florida   33433
Telephone: (561) 362-7355
Facsimile: (561) 828-5858
E-mail: bankruptcy@lmwlegal.com

## SERVICE LIST

Janet Lynn Oxley
2960 Riverside Drive, #220
Coral Springs, FL   33065

Conwade D. Lewis, Esquire
3500 N. State Road 7, #440
Lauderdale Lakes, FL  33319

Office of the U.S. Trustee
51 S.W. 1st Avenue, Suite 1204
Miami, FL   33130

Kenneth A. Welt
8255 W. Sunrise Blvd., #140
Plantation, FL  33322

CARRINGTON MORTGAGE SERVICES, LLC, SERVICER AND ATTORNEY-IN-FACT FOR, DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR, CARRINGTON MORTGAGE LOAN TRUST, SERIES 2005-NC5 ASSET-BACKED PASS-THROUGH CERTIFICATES

Lawrence M. Weisberg, Esquire
Greenfield & Coomber, P.A.
7000 Palmetto Park Road, Suite #402
Boca Raton, FL  33433